**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000024**
**24-MAR-2026**
**08:12 AM**
**Dkt. 34 OGMD**

NO. CAAP-26-0000024

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

S.H., Plaintiff-Appellant,
v.
R.N., Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2DV171000326)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon consideration of Defendant-Appellee **R.N.**'s February 5, 2026 **Motion to Dismiss** *Appeal for Lack of Appellate Jurisdiction*, Plaintiff-Appellant **S.H.**'s March 12, 2026 **Stipulation to Dismiss** *Appeal Without Prejudice*, the respective papers in support and in opposition, and the record, it appears that:

(1)  S.H. appeals from the September 26, 2025 *[Denied] Order Regarding Emergency Ex Parte Motion for Custody* and the October 21, 2025 *Order Denying Motion for Reconsider of Order Denying Plaintiff's Emergency Ex Parte Motion for Custody Filed October 6 2025*, entered in the Family Court of the Second Circuit;

(2)  A post-decree order is appealable if it finally determines all issues raised in the post-decree proceeding, Hall v. Hall, 96 Hawaiʻi 105, 111 n.4, 26 P.3d 594, 600 n.4 (App. 2001) (citation omitted), vacated in part on other grounds, 95 Hawaiʻi 318, 22 P.3d 965 (2001); and

(3)   The orders from which S.H. appeals do not finally determine the post-decree issue of custody.  See, e.g., RL v. DL, No. CAAP-20-0000462, 2020 WL 5092801, at *2 (App. Aug. 28, 2020) (Order) (dismissing appeal for lack of jurisdiction and concluding that "[a]fter entry of a post-judgment order that finally determines this last remaining [post-decree] issue, any aggrieved party will have an opportunity to timely appeal").

Therefore, IT IS HEREBY ORDERED that the Motion to Dismiss is granted.  This appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that the Stipulation to Dismiss is denied as moot.

DATED:  Honolulu, Hawaiʻi, March 24, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge